# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION

| | |
|---|---|
| Alleta M. Curtis, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 13-4067-CV-C-JTM |
| Carolyn W. Colvin, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

On Wednesday, August 27, 2014, the Court heard oral argument on the *Plaintiff's Motion For Brief Or In The Alternative Motion For Judgment On The Pleadings,* filed January 13, 2014, [Doc. 14] and the *Brief For Defendant*, filed March 31, 2014, [Doc. 17]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that this matter is **REVERSED AND REMANDED** to the Social Security Administration pursuant to 42 U.S.C. §405(g), sentence 4, for action consistent with the decision of the Court as set forth at the conclusion of the oral argument on August 27, 2014. It is further

**ORDERED** that the Commissioner shall obtain from the court reporter a copy of the transcript of the oral argument so that the Commissioner will know the basis upon which this case is remanded.

                                             */s/ John T. Maughmer*
                                             **JOHN T. MAUGHMER**
                                             **U. S. MAGISTRATE JUDGE**