# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | | |
|---|---|---|
| **Alletta M. Curtis,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) **Case No. 13-4067-CV-C-JTM** | |
| | ) | |
| **Carolyn W. Colvin,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pending before the Court is plaintiff's *Application For Award of Attorneys' Fees Pursuant to The Equal Access to Justice Act,* filed November 19, 2014 [Doc. 23]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application For Award of Attorneys' Fees Pursuant to The Equal Access to Justice Act,* filed November 19, 2014 [Doc. 23] is **GRANTED**.

Accordingly, plaintiff is awarded EAJA fees in the amount of $4,312.51.

                                        */s/ John T. Maughmer*
                                        **John T. Maughmer**
                                        **United States Magistrate Judge**